Decided September 20, 2001

### DUFFY STARKS *v.* COMMISSIONER OF CORRECTION

The petitioner Duffy Starks' petition for certification for appeal from the Appellate Court, 64 Conn. App. 903 (AC 19930), is denied.

*Richard G. Marquette*, special public defender, in support of the petition.

*Robert M. Spector*, assistant state's attorney, in opposition.

Decided September 20, 2001